In the Matter of JOHN J. McNABOE, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Appellants.

In the Matter of ALFRED E. SMITH, JR., Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Appellants.

In the Matter of JAMES H. FAY, Appellant; JOHN J. McNABOE and ALFRED E. SMITH, JR., Respondents.

In the Matter of MICHAEL DONNELLY, Appellant; JOHN J. McNABOE and ALFRED E. SMITH, JR., Respondents.

Argued March 28, 1940; decided March 28, 1940.

*John T. Dooling* for Michael Donnelly and James H. Fay, appellants.

*William C. Chanler,* Corporation Counsel (*Russell Lord Tarbox* of counsel), for Board of Elections, appellants.

*Benjamin Gassman, Timothy J. Healy* and *William J. Reinhart, Jr.,* for respondents.

*Sidney S. Levine* for Patrick J. Kane et al., *amici curiæ.*

744

In the first above-entitled proceeding: Order affirmed, without costs. Arguments of expediency must be addressed to the Legislature. No opinion.

In the second, third and fourth above-entitled proceedings: Orders affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.